Clerk of Court
USDC-US Courthouse
401 W Evans St.
Florence, SC 29501

RECEIVED
USDC CLERK, FLORENCE, SC
2018 FEB 20 PM 2:07

2-16-2018

Dear Clerk,
Attach of my 28 USC §2241 motion and Required filing Fee $5.00 will be FCI-Williamsburg send to you. I did BP-199 form fill, --See Copy attach.

date: 2/16/2018
Encumbrance Number: 1431
Withdrawal $5.00 Court fee's.

Please put on docket my 28 USC §2241 motion.

Thank you.

Osman Ozsusamlar
#53271-054

⇔53271-054⇔
Osman Ozsusamlar
FCI - Williamsburg
P.O. Box 340, #53271-054
Unit 2BU, Cell: 411-L
Salters, SC 29590
United States