REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: DECEMBER 29, 2017

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : OSMAN OZSUSAMLAR, 53271-054
      WILLIAMSBURG FCI    UNT: UNIT 2    QTR: D04-411L
      P.O. BOX 220
      SALTERS,  SC 29590


FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID        : 918654-A1        CENTRAL OFFICE APPEAL
DATE RECEIVED    : DECEMBER 13, 2017
SUBJECT 1        : UDC ACTION
SUBJECT 2        :
INCIDENT RPT NO:

REJECT REASON 1: CONCUR WITH RATIONALE OF REGIONAL OFFICE AND/OR INSTITUTION
                 FOR REJECTION. FOLLOW DIRECTIONS PROVIDED ON PRIOR REJECTION
                 NOTICES.

REJECT REASON 2: SEE REMARKS.

REMARKS          : IF STAFF PROVIDE A MEMO STATING LATE FILING WAS NOT
                   YOUR FAULT, THEN RESUBMIT TO THE LEVEL OF THE
                   ORIGINAL REJECTION.



U.S. Department of Justice

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: OZSUSAMLAR  OSMAN     53271-054     2BU     FCI WIL.

|  |  |  |  |
| --- | --- | --- | --- |
| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A - REASON FOR APPEAL** THE DISPOSITION/ASSESSMENT AT THE REGIONAL LEVEL FAILS TO CONSIDER
THE LACK OF JURISDICTION CLAIM RAISED BY OZSUSAMLAR. THE ASSESSMENT DOES NOT CITE A
STATUTE OF LIMITATIONS SECTION(e.g., other than the 20 calendar days stated in the BP-8
AND BP-9 DISPOSITIONS).OZSUSAMLAR SHOULD BE ALLOWED A FULL RESTORATION OF LOSS OF 27
DAYS GCT AS AN APPROPRIATE REMEDY. OZSUSAMLAR POINTS TO THIS OFFICE-THE FACT THAT THE
SANCTION AVERRED WAS IMPOSED BEFORE OZSUSAMLAR WAS SENTENCED.IN FACT,THE SANCTION WAS
IMPOSED A MERE FOUR MONTHS PRIOR TO THE 09-18-2007 SENTENCING.SEE:EX.#3,attached hereto
in support;also see EX.#1,attached hereto in support(INMATE DISCIPLINE DATA CHRON.DIS.
RECORD)INDICATING THAT THE SANCTION WAS IMPOSED ON 05-31-2007--four month prior to the
09-18-2007,sentencing date)(EX.#1,supra.). NEVERTHELESS, THIS MATTER IS BEFORE THIS OFFICE,
SUBMITTED IN LIMITED DETAIL OF THE HISTORY OF THE AVERRED EVENT,RELEASE DATE OF
OZSUSAMLAR,SECTION INVOLVED IN REFERENCE TO CONSTITUTIONAL VIOLATION("RETALIATION")AND
EXHIBITS 1-4,attached hereto in support). SHORT HISTORY:WHILE HOUSED IN MDC-BROOKLYN,
NY,OZSUSAMLAR,A TURKISH NATIVE(WITH NO ENGLISH SPEAKING ABILITY AT THE TIME)HAD A "SO
CALLED" "JAIL-HOUSE LAWYER" TO WRITE A LETTER TO THE U.S. DISTRICT JUDGE(i.e.,to explain
to the judge of his innocence);However unbeknownst to ozsusamlar(who couldn't read or
speak proficient english at the time)THE JAIL-HOUSE LAWYER WROTE THINGS OTHER THAN WHAT
OZSUSAMLAR THOUGHT WOULD BE LEGAL. OZSUSAMLAR WAS :LATER TAKEN TO FACE THE JUDGE

12-7-2017      SEE ATTACHED PAGE TO CONT.

|  |  |
| --- | --- |
| DATE | SIGNATURE OF REQUESTER |

**Part B - RESPONSE**

|  |  |
| --- | --- |
| DATE | GENERAL COUNSEL |

THIRD COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE     CASE NUMBER: 918654-A1

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____

|  |  |  |  |
| --- | --- | --- | --- |
| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

SUBJECT: _____

|  |  |
| --- | --- |
| DATE | SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL |

USP LVN

BP-231(13)
JUNE 2002

CONTINUANCE:  (judge LEISURE),EX.#3,supra.AFTER THE LETTER WAS SUBMITTED TO JUDGE
LEISURE,OZSUSAMLAR WAS TAKEN BEFORE JUDGE LEISURE.JUDGE LEISURE DID NOT TAKE THE LETTER
TO BE A KNOWN THREAT OR AN INTENTIONAL ACTION TAKEN BY OZSUSAMLAR(i.e., no sanction was
imposed by the U.S. District Judge for the letter written by the "so-called" "Jail-house
Lawyer"). DESPITE THE U.S. DISTRICT JUDGE'S NO-SANCTION-FOR-THE-SO-CALLED-THREATENING
LETTER, THE BOP ERRONEOUSLY TOOK IT UPON ITSELF TO SANCTION OZSUSAMLAR,EVENTHOUGH IT
LACKED THE JURISDICTION TO DO SO.SEE:EX#1,supra.there displaying incident report number:
1601577 and sanction imposed by DHO)(HIGHLIGHTED SECTIONS).ALSO SEE:(EX.#2,attached hereto
in support to clarify DIS GCT OF 27 DAYS).THE GIST OF OZSUSAMLAR'S POSITION HERE,IS THAT
THE BOP HAS RETALIATED AGAINST OZSUSAMLAR VIOLATING HIS CONSTITUTIONAL RIGHT OF ACCESS TO
THE COURT.PERHAPS JUDGE LEISURE ACKNOWLEDGED THIS RIGHT AS JUDGE LEISURE NEVER MADE THE
LETTER OUT TO BE A CRIMINAL OFFENSE IN ANY ASPECT. THE BOP'S SANCTION WAS IMPOSED WITHOUT
JURISDICTION AND FOR THESE REASONS AND ALL REASONS STATED ABOVE THE DISALLOWED 27 DAYS
GCT SHOULD BE FULLY RESTORED TO OZSUSAMLAR TO CURE THE CONSTITUTIONAL INFIRMITY AT THIS
TIME.SEE:EX.#4,attached hereto in support)(CONSTITUTIONAL RIGHTS OF PRISONERS §8:12
RETALIATION FOR EXERCISING CONSTITUTIONAL RIGHTS)OZSUSAMLAR CLAIMS THAT THE BOP'S
ACTIONS HAS VIOLATED HIS FIRST AMENDMENT CONSTITUTIONAL RIGHTS AND ANY OTHER UNKNOWN
CONSTITUTIONAL RIGHT NOT MENTIONED HEREIN FOR THE BOP'S ACTIONS.

NOTE:OZSUSAMLAR ACKNOWLEDGES THE FACT THAT HE RAISES JURISDICTIONAL CLAIMS AND SPECIFIC
       RETALIATION CLAIM FOR ACCESSING THE COURT.OZSUSAMLAR WOULD RESPECTFULLY REQUEST THAT
       THIS OFFICE WILL, IN THE EVENT OF ASSESSMENT ADDRESS BOTH OF THE ISSUES FOR THE
       SAKE OF JUSTICE AND FOR THE SAKE OF ANY FURTHER APPEAL(IN CASE OF A DISFAVORED
       DISPOSITON BY THIS OFFICE)

RESPECTFULLY SUBMITTED,    12-7-2017

OSMAN OZSUSAMLAR
PRO SE
#53271-054
FCI WILLIAMSBURG
PO BOX 340
SALTERS,SC 29590

```
  WILFP          *          INMATE DISCIPLINE DATA            *      10-12-2017
  PAGE 001 OF 001 *    CHRONOLOGICAL DISCIPLINARY RECORD)      *      09:55:07


  REGISTER NO.: 53271-054 NAME..: OZSUSAMLAR, OSMAN
  FUNCTION...: PRT      FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 10-12-2017

--------------------------------------------------------------------------------
  REPORT NUMBER/STATUS.: 2873749 - SANCTIONED INCIDENT DATE/TIME: 07-10-2016 2204
  DHO HEARING DATE/TIME: 08-04-2016 0825          DHO REPT DEL: 08-15-2016 1300
  FACL/CHAIRPERSON.....: BEN/K. DAVIS
  REPORT REMARKS.......: INMATE ADMITTED TO THE CHARGE.
     328 GIVING/ACCEPTNG MONEY W/O AUTH - FREQ: 1
         DIS GCT   / 14 DAYS / CS
         COMP:010 LAW:P   MEETS SENTENCING GUIDELINES
         LP EMAIL  / 90 DAYS / CS
         COMP:      LAW:    RESTORE ON 11-02-2016
--------------------------------------------------------------------------------
  REPORT NUMBER/STATUS.: 2866851 - SANCTIONED INCIDENT DATE/TIME: 06-07-2016 1004
  UDC HEARING DATE/TIME: 06-29-2016 1258
  FACL/UDC/CHAIRPERSON.: BEN/UNIT A/KOMINSKY
  REPORT REMARKS.......: INMATE ADMITTED TO CHARGES
     328 GIVING/ACCEPTNG MONEY W/O AUTH - FREQ: 1
         LP COMM   / 30 DAYS / CS
         COMP:      LAW:    LOSS OF COMM 6-29-2016 TO 7-29-2016
--------------------------------------------------------------------------------
  REPORT NUMBER/STATUS.: 2529452 - SANCTIONED INCIDENT DATE/TIME: 12-22-2013 0815
  UDC HEARING DATE/TIME: 12-26-2013 0650
  FACL/UDC/CHAIRPERSON.: MCD/UNIT B4/D. JOHNSON
  REPORT REMARKS.......: LP COMM 30 DAYS BEGINNING 12-27-2013
                         THE PICTURES DID NOT BELONG TO ME
     305 POSSESSING UNAUTHORIZED ITEM - FREQ: 1
         LP COMM   / 30 DAYS / CS
         COMP:   LAW:
--------------------------------------------------------------------------------
  REPORT NUMBER/STATUS.: 1601577 - SANCTIONED INCIDENT DATE/TIME: 05-22-2007 0000
  DHO HEARING DATE/TIME: 05-31-2007 1010
  FACL/CHAIRPERSON.....: BRO/GARCIA D
  APPEAL CASE NUMBER(S): 458267
  REPORT REMARKS.......: ADMITS TO WRITTING LETTER TO JUDGE/CLAIMS HE DID NOT
                         MEAN FOR IT TO BE THREATENING
     203 THREATENING BODILY HARM - FREQ: 1 ATI: ON1
         DIS GCT   / 27 DAYS / CS
         COMP:000 LAW:    DISALLOW WHEN AVAILABLE
         DS        / 30 DAYS / CS
         COMP:   LAW:    RELEASE 6/29/07
         LP COMM   / 175 DAYS / CS / SUSPENDED 180 DAYS
         COMP:   LAW:    SUSPENDED PENDING 180 DAYS CLEAR CONDUCT
         LP PHONE  / 175 DAYS / CS / SUSPENDED 1 DAYS
         COMP:   LAW:    5/31/07-11/21/07
         LP VISIT  / 175 DAYS / CS
         COMP:   LAW:    5/31/07-11/21/07


  G0005      TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

```
    WILDK   542*22 *              SENTENCE MONITORING                    *      11-28-2017
    PAGE 001 OF 001 *                GOOD TIME DATA                      *      11:26:04
                                  AS OF  11-28-2017

    REGNO...: 53271-054    NAME: OZSUSAMLAR, OSMAN
    ARS 1...: WIL A-DES                                      PLRA
    COMPUTATION NUMBER..: 010                             PRT   ACT DT:
    LAST UPDATED:  DATE.: 08-12-2016                     FACL..: DSC      CALC: AUTOMATIC
    UNIT................: UNIT 2                          QUARTERS...........: D04-411L
    DATE COMP BEGINS....: 09-18-2007                     COMP STATUS........: COMPLETE
    TOTAL JAIL CREDIT...: 712                             TOTAL INOP TIME....: 0
    CURRENT REL DT......: 10-06-2019 SUN                 EXPIRES FULL TERM DT: 06-04-2021
    PROJ SATISFACT DT...: 07-04-2019 THU                 PROJ SATISF METHOD..: GCT REL
    ACTUAL SATISFACT DT.:                                ACTUAL SATISF METHOD:
    DAYS REMAINING......:                                FINAL PUBLC LAW DAYS:
    GED PART STATUS.....:                                DEPORT ORDER DATED..:

    -------------------------GOOD CONDUCT TIME AMOUNTS-------------------------

    START        STOP         MAX POSSIBLE TO    ACTUAL TOTALS    VESTED    VESTED
    DATE         DATE      DIS    FFT           DIS   FFT      AMOUNT    DATE
    10-07-2005   10-06-2006   54    54
    10-07-2006   10-06-2007   54    81           27
    10-07-2007   10-06-2008   54   135
    10-07-2008   10-06-2009   54   189
    10-07-2009   10-06-2010   54   243
    10-07-2010   10-06-2011   54   297
    10-07-2011   10-06-2012   54   351
    10-07-2012   10-06-2013   54   405
    10-07-2013   10-06-2014   54   459
    10-07-2014   10-06-2015   54   513
    10-07-2015   10-06-2016   54   553           14
    10-07-2016   10-06-2017   54   607
    10-07-2017   10-06-2018   54
    10-07-2018   07-04-2019   40

        TOTAL EARNED AMOUNT...............................................:    607
        TOTAL EARNED AND PROJECTED AMOUNT................................:    701
```

G0005        TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED

```
    WILDK   540*23  *            SENTENCE MONITORING                *     11-28-2017
    PAGE 001         *            COMPUTATION DATA                   *     11:26:28
                                  AS OF 11-28-2017
```

REGNO..: 53271-054 NAME: OZSUSAMLAR, OSMAN


FBI NO...........: 287531KC8                    DATE OF BIRTH: 06-17-1972  AGE:  45
ARS1.............: WIL/A-DES
UNIT.............: UNIT 2                        QUARTERS.....: D04-411L
DETAINERS........: YES                          NOTIFICATIONS: NO

HOME DETENTION ELIGIBILITY DATE: 01-04-2019

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  07-04-2019 VIA GCT REL


----------------------CURRENT JUDGMENT/WARRANT NO: 010 ------------------------

COURT OF JURISDICTION...........: NEW YORK, SOUTHERN DISTRICT
DOCKET NUMBER...................: 1:S105CR.01077-02(PK
JUDGE...........................: LEISURE
DATE SENTENCED/PROBATION IMPOSED: 09-18-2007
DATE COMMITTED..................: 11-26-2007
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                    FELONY ASSESS  MISDMNR ASSESS  FINES          COSTS
NON-COMMITTED.: $300.00          $00.00          $17,500.00     $00.00

RESTITUTION...: PROPERTY:  NO  SERVICES: NO       AMOUNT: $00.00

-------------------------CURRENT OBLIGATION NO: 010 ---------------------------
OFFENSE CODE....: 546
OFF/CHG: 18:1958 CONSPIRACY TO COMMIT MURDER FOR HIRE(CT 1)
         18:1958 & 2 MURDER FOR HIRE(CT 2) 18:1951 CONSPIRACY TO
         COMMIT EXTORTION(CT 3)

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:  188 MONTHS
 TERM OF SUPERVISION............:    3 YEARS
 DATE OF OFFENSE................: 10-31-2005


G0002        MORE PAGES TO FOLLOW . . . .

$\partial 8$ C.F.R.

### § 8.12 Retaliation for Exercising Constitutional Rights

A corrections officer warned a prisoner that if he did not become an informant, bad things would happen to him, including transfer to a less desirable part of the prison. The prisoner reported the alleged threat by a letter addressed to a United States District Judge who was presiding over pending prison litigation. As a result, the prisoner was issued a disciplinary charge for defiance. The constitutional right of access to the courts was violated by this retaliation.[116]

The necessary elements of a retaliation claim are: (1) a prison official acting under color of state law; and (2) intentional retaliation for the exercise of a constitutionally protected activity. The law is clearly established that a prison official may not retaliate against or harass a prisoner for exercising the right of access to the courts.[117] Even the prison officials candidly conceded that this was a claim of constitutional proportions that is actionable. Further, the court determined that there was no immunity defense.

To state a claim of retaliation, a prisoner must allege the violation of a specific constitutional right and be prepared to establish that, but for the retaliatory motive, the incident would not have occurred.[118] This places a significant burden on the prisoner. Mere conclusory allegations of retaliation will not withstand a summary judgment challenge.[119] The prisoner must produce direct evidence of motivation or, the more probable scenario, allege a chronology of events from which retaliation may plausibly be inferred.

The Fifth Circuit in *Woods v. Smith* remained fully supportive of the proposition that although prison officials must have wide latitude in the control and discipline of prisoners, such latitude does not encompass conduct that infringes on a prisoner's substantive constitutional rights. However, the court agreed with the Fourth Circuit when it cautioned that the prospect of endless claims of retaliation on the part of prisoners would disrupt prison officials in the discharge of their most basic duties and that claims of retaliation must therefore be regarded with skepticism, lest the federal courts embroil themselves in every disciplinary act that occurs in state penal institutions.[120]

Prison officials applied a policy in a way that discriminated against prisoners on the basis of the content of their legal materials. The real motive of the prison officials, who prevented third-party legal materials from being delivered, was to suppress materials that embarrassed the Department of Corrections and educated prisoners on how to file their claims.[121]

Constitutional Rights of Prisoners    1

© 2017 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.



- REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: NOVEMBER 13, 2017

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      SOUTHEAST REGIONAL OFFICE

TO  : OSMAN OZSUSAMLAR, 53271-054
      WILLIAMSBURG FCI    UNT: UNIT 2    QTR: D04-411L
      P.O. BOX 220
      SALTERS,  SC 29590

FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID        : 918654-R1       REGIONAL APPEAL
DATE RECEIVED    : OCTOBER 27, 2017
SUBJECT 1        : UDC ACTION
SUBJECT 2        :
INCIDENT RPT NO:

REJECT REASON 1: CONCUR WITH RATIONALE OF REGIONAL OFFICE AND/OR INSTITUTION
                 FOR REJECTION. FOLLOW DIRECTIONS PROVIDED ON PRIOR REJECTION
                 NOTICES.



U.S. Department of Justice

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: Uzsusamlar, Osman    53271-054    2BU    FCI-Williamsburg
        LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

**Part A - REASON FOR APPEAL**

Being that a Constitutional Right has been impeded (Right to access Court), the UDC & DHO was unauthorized to impose sanction. There fore, UDC & DHO Lack Jurisdiction to impose the Loss of GCT 27 days and unknow sanctions. Jurisdictional Claims may be brought at any time.

A full restoration of appeal case no: 458267-BOP not authorized to impose such sanction in violation of section §8.12 Retoliation for exercising Constitutional Rights to access to the court. A full restoration of loss of 27 GCT days & unknow impose sanction will remedy the grievance at this time.

10-22-2017
DATE                                     SIGNATURE OF REQUESTER

**Part B - RESPONSE**

DATE                                     REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

THIRD COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE        CASE NUMBER: 918654-R1

**Part C - RECEIPT**

                                           CASE NUMBER: _____

Return to: _____
       LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

SUBJECT: _____

DATE                           SIGNATURE, RECIPIENT OF REGIONAL APPEAL

BP-230(13)
JUNE 2002

USP LVN

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: OCTOBER 17, 2017

FROM: ADMINISTRATIVE REMEDY COORDINATOR.
      WILLIAMSBURG FCI

TO  : OSMAN OZSUSAMLAR, 53271-054
      WILLIAMSBURG FCI    UNT: UNIT 2    QTR: D04-411L
      P.O. BOX 220
      SALTERS, SC 29590

FOR THE REASONS LISTED BELOW, THIS ADMINISTRATIVE REMEDY REQUEST
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID       : 918654-F1       ADMINISTRATIVE REMEDY REQUEST
DATE RECEIVED   : OCTOBER 17, 2017
SUBJECT 1       : UDC ACTION
SUBJECT 2       :
INCIDENT RPT NO:

REJECT REASON 1: YOUR REQUEST IS UNTIMELY.   INSTITUTION AND CCC REQUESTS
                 (BP-09) MUST BE RECEIVED W/20 DAYS OF THE EVENT COMPLAINED
                 ABOUT.



RECEIVED

OCT 18 2017

U.S. DEPARTMENT OF JUSTICE                                    **REQUEST FOR ADMINISTRATIVE REMEDY**
Federal Bureau of Prisons

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Ozsusamlar Osman          53271-054      28U      FCI-Williamsburg
    LAST NAME, FIRST, MIDDLE INITIAL         REG. NO.          UNIT              INSTITUTION

**Part A- INMATE REQUEST**

This appeal is to address to BOP's lack of
authority to impose sanctions against Osman
Ozsusamlar right to access to the courts.
A Retaliatory Process for exercising his Constitutional
Right to access to the Court (§ 8.12).
A full Restoration of loss of 27 GCT will
remedy the grievance at this time.


10-13-2017
DATE                                                    SIGNATURE OF REQUESTER

**Part B- RESPONSE**









DATE                                                    WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

SECOND COPY: RETURN TO INMATE                              CASE NUMBER: 918654-F1

                                                 CASE NUMBER: _____

**Part C- RECEIPT**

Return to: _____
      LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT              INSTITUTION

SUBJECT: _____

DATE                                                    RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN          PRINTED ON RECYCLED PAPER                                          BP-229(13)
                                                                                    APRIL 1982

## DOCUMENTATION OF INFORMAL RESOLUTION ATTEMPT

Bureau of Prisons Program Statement 1330.16, Administrative Remedy Program, (December 31, 2007), requires, in most cases, that inmates attempt informal resolution of grievances prior to the filing a formal written complaint. This form will be used to document your efforts toward informally resolving your grievance.

Inmate Name: Ozsusamlac, Osma Reg. No.: 53271-054 Unit: 2BU

Specific Complaint and Requested Relief: Full restoration of disallowance of 27 days in appeal case no. 458267-BOP not authorized to impose such sanction in violation of section §8.12 Retaliation for Exercising Constitutional Rights to access to the Court.

Efforts Made by Inmate to Informally Resolve Grievance (be specific): Have continuously tried to have incident/sanction expunged by talking to Counselors, and Case Manager in every institution that I've been housed in.

Comments: This incident occurred in 2007 where 27 days of GCT was taken. You had 20 calendar days to appeal this sanction under the Administrative Remedy Procedure. The time frame for you to appeal this action has expired. Thank you.

10/12/17
Correctional Counselor Review / Date                 Unit Manager Review / Date

Ozsusamlar, 10/11/2017
Inmate Signature / Date

```
WILFP          *          INMATE DISCIPLINE DATA          *     10-12-2017
PAGE 001 OF 001 *      CHRONOLOGICAL DISCIPLINARY RECORD    *     09:55:07


REGISTER NO: 53271-054 NAME..: OZSUSAMLAR, OSMAN
FUNCTION...: PRT      FORMAT: CHRONO   LIMIT TO ___ MOS PRIOR TO 10-12-2017
```

---

```
REPORT NUMBER/STATUS.: 2873749 - SANCTIONED INCIDENT DATE/TIME: 07-10-2016 2204
DHO HEARING DATE/TIME: 08-04-2016 0825            DHO REPT DEL: 08-15-2016 1300
FACL/CHAIRPERSON.....: BEN/K. DAVIS
REPORT REMARKS.......: INMATE ADMITTED TO THE CHARGE.
   328 GIVING/ACCEPTNG MONEY W/O AUTH - FREQ: 1
       DIS GCT    / 14 DAYS / CS
       COMP:010 LAW:P   MEETS SENTENCING GUIDELINES
       LP EMAIL   / 90 DAYS / CS
       COMP:    LAW:    RESTORE ON 11-02-2016
```

---

```
REPORT NUMBER/STATUS.: 2866851 - SANCTIONED INCIDENT DATE/TIME: 06-07-2016 1004
UDC HEARING DATE/TIME: 06-29-2016 1258
FACL/UDC/CHAIRPERSON.: BEN/UNIT A/KOMINSKY
REPORT REMARKS.......: INMATE ADMITTED TO CHARGES
   328 GIVING/ACCEPTNG MONEY W/O AUTH - FREQ: 1
       LP COMM    / 30 DAYS / CS
       COMP:    LAW:    LOSS OF COMM 6-29-2016 TO 7-29-2016
```

---

```
REPORT NUMBER/STATUS.: 2529452 - SANCTIONED INCIDENT DATE/TIME: 12-22-2013 0815
UDC HEARING DATE/TIME: 12-26-2013 0650
FACL/UDC/CHAIRPERSON.: MCD/UNIT B4/D. JOHNSON
REPORT REMARKS.......: LP COMM 30 DAYS BEGINNING 12-27-2013
                      THE PICTURES DID NOT BELONG TO ME
   305 POSSESSING UNAUTHORIZED ITEM - FREQ: 1
       LP COMM    / 30 DAYS / CS
       COMP:    LAW:
```

---

```
REPORT NUMBER/STATUS.: 1601577 - SANCTIONED INCIDENT DATE/TIME: 05-22-2007 0000
DHO HEARING DATE/TIME: 05-31-2007 1010
FACL/CHAIRPERSON.....: BRO/GARCIA D
APPEAL CASE NUMBER(S): 458267
REPORT REMARKS.......: ADMITS TO WRITTING LETTER TO JUDGE/CLAIMS HE DID NOT
                      MEAN FOR IT TO BE THREATENING
   203 THREATENING BODILY HARM - FREQ: 1 ATI: ON1
       DIS GCT    / 27 DAYS / CS
       COMP:000 LAW:   DISALLOW WHEN AVAILABLE
       DS         / 30 DAYS / CS
       COMP:    LAW:    RELEASE 6/29/07
       LP COMM    / 175 DAYS / CS / SUSPENDED 180 DAYS
       COMP:    LAW:    SUSPENDED PENDING 180 DAYS CLEAR CONDUCT
       LP PHONE   / 175 DAYS / CS / SUSPENDED 1 DAYS
       COMP:    LAW:    5/31/07-11/21/07
       LP VISIT   / 175 DAYS / CS
       COMP:    LAW:    5/31/07-11/21/07


G0005       TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```