Date: 02/16/2018　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Location: WIL
Time: 06:25:30 AM

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF PRISONS

### Request for Withdrawal of Inmate's Personal Funds

WIL-D-B, 53271054 - OZSUSAMLAR, OSMAN

Encumbrance No.: 1431

Please charge to my account the sum of **$5.00** and authorize the same to be paid to:

**Contact/FMIS Certification Address**
District Court, U S
401 W EVANS ST
U. S. Courthouse
FLORENCE
SC 29501
United States

Purpose: Court Fees
Check Memo: 28 USC 2241 motion fees

_____　　　53271054 - OZSUSAMLAR, OSMAN
(Signature of Inmate)　　　　　　　　　　　　(Inmate Register No./Name)

_____
(Signature of Approving Official)

_____　　　_____
(Signature of Deposit Fund Tech)　　　　(Payment #)

The inmate's personal account has been charged in the amount indicated above.

BP - 199.045 - Jan 2008