⟨›53271-054‹⟩
Osman Ozsusamlar
F.C.I - Williamsburg
P.O. Box 340, #53271-054
Unit 2BU , Cell: 4111-L
Salters, SC 29590-0340
United States

ITEM X-RAYED
BY USMS

RECEIVED
USDC CLERK, FLORENCE, SC
2018 FEB 20 PM 2:06

LEGAL MAIL

mailed: 2-16-2018

LEGAL MAIL

⟨›53271-054‹⟩
U S District Court
401 W Evans ST
U S Courthouse
Florence, SC 29501
United States

United States District Court
U.S. Courthouse
401 W Evans Street
Florence, S.C. 29501



FCI/SCP WILLIAMSBURG
P O BOX 220
SALTERS, SC 29590
Date: 2/16/__

The **enclosed letter** was processed through **special mail procedures** for forwarding to you. The **letter** was neither opened nor inspected. If the **writer raises a problem** over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another address, return the enclosure to the above address.