DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA

Osman Ozsusamlar ) C/A No. 1:18-CV-00492-PMD-SVH
)
Petitioner, )
)
v. )
)
B. M. Antonelli, Warden )
)
Respondent. )

## DECLARATION OF AMY WILLIAMS

I, Amy Williams, declare as follows:

1.    I am employed as Legal Assistant for the United States Department of Justice, Federal
      Bureau of Prisons (BOP). I am currently assigned to the South Carolina Consolidated
      Legal Center (SC CLC). I have been employed by the BOP since March 1997.

2.    As part of the ordinary course of my duties, I provide legal assistance to staff at the four
      federal prisons located within the state of South Carolina. I have access to BOP records
      and official databases concerning, among other things, inmate administrative remedies and
      location information. I have reviewed responses to these requests at all three levels of
      review and I am familiar with the process. I make this declaration based on my personal
      knowledge and review of official agency records.

3.    Inmates may challenge almost any aspect of their confinement through the Administrative
      Remedy Process. They generally file a Documentation of Informal Resolution, known as
      a BP-8, with their Correctional Counselor. The matter is investigated and the inmate is
      provided a response. Thereafter, if dissatisfied with the response, the inmate may file a
      formal Request for Administrative Remedy, known as a BP-9, with the Warden. If the


EXHIBIT
# 3

inmate is dissatisfied with the Warden's response, he may file a Regional Administrative Remedy Appeal, known as a BP-10, at the regional level. If dissatisfied with the regional response, he may file a Central Office Administrative Remedy Appeal, known as a BP-11, at the national level.

4.    There are specific time periods within which inmates can file their grievances under this administrative process. These time frames are set out in federal regulation. See 28 C.F.R. §542.14(a) (20 calendar days from date of incident for an institutional level grievance); §542.15(a) (20 calendar days of receipt of Warden's response to file regional appeal and 30 calendar days of receipt of regional appeal to file national appeal). If the inmate does not receive a response from the Warden, Regional Director, or the Central Office within the allotted time frame (including an extension of time), the inmate can consider the remedy or appeal as denied and proceed to the next level.

5.    All formal requests are logged into the national database and are given a unique identifying number. An extension is added to the number which denotes the level at which the claim is filed. Subsequent appeals of an issue will have the same identification number with a different extension identifying the level where filed. The extension "-F1" indicates the filing was at the institution or field level. The extension "-R1" indicates the filing was at the regional level. The extension "-A1" indicates the filing was at the national level. If an appeal is rejected and re-filed at the same level, perhaps correcting the identified deficiencies, then the number will change but the letter will remain the same. For example, the extension "-R2" indicates the appeal was rejected at the regional level once and the inmate has re-filed, presumably after correction of the noted deficiencies.

6.    A review of BOP records reveals that the Petitioner, Federal inmate Osman Ozsusamlar, Register Number (Reg. No.) 53271-054, failed to properly exhaust the Administrative Remedy process established by the BOP on the issue set forth in the above-referenced habeas petition.

7.    Specifically, SENTRY reflects that as of April 10, 2018, the Petitioner has filed five sets of Administrative Remedies, namely 458267, 572813, 689736, 702420, and 918654, challenging the May 31, 2007, disciplinary proceeding (concerning the May 5 Incident Report). *See Attached hereto as Attachment A is a true and correct copy of the Petitioner's Administrative Remedy Generalized Retrieval Report.* A review of Attachment A, pgs. 002, 004, 005, 009, 010, 011, and 014 reveals that, of the eighteen administrative remedies submitted by Petitioner to challenge the May 31, 2007, disciplinary proceeding, all of them were rejected except for one.

8.    SENTRY shows the only administrative appeal that was accepted and denied on this issue is 458267-R4. This appeal was accepted by the Northeast Regional Office on November 5, 2007, and denied December 5, 2007.  Pursuant to the BOP's Records and Information Disposal Schedule System (RIDS), the BOP is only required to maintain three years' worth of prior administrative remedies.  For that reason, Respondent is unable to provide the court with copies of 458267-R4 and the Northeast Regional Office's response denying the same. The Petitioner failed to appeal the denial of the Regional-level Appeal 458267-R4 to the BOP's Central Office and, thus, failed to exhaust his administrative remedies with regard to his challenge to the May 31, 2007, disciplinary proceeding.

9.    In the Petitioner's most recent attempt to pursue his administrative remedies with regard to the May 31, 2007, disciplinary proceeding (Administrative Remedy 918654), the Petitioner

was rejected at all three levels of the BOP administrative remedy program based on untimeliness. Generally speaking, an inmate has 20 calendar days from the date of the incident (within 20 calendar days from the date of the receipt of the DHO report) in which to file an appeal. See 28 C.F.R. § 542.14 (a). If however, an inmate can demonstrate a valid reason for the delay, the appeal can still be accepted. See 28 C.F.R. § 542.14 (b). The Petitioner was given multiple opportunities to submit staff verification demonstrating that he had a valid reason for the delay, and he failed to do so.

10.    A review of the Petitioner's administrative remedy history indicates he has filed or attempted to file 145 administrative remedies since he has been in the BOP. Thus, it is obvious the Petitioner is clearly familiar with the administrative remedy process.


I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my information, knowledge and belief.

Executed this 10th day of April, 2018, in Edgefield, South Carolina.

Amy Williams
Legal Assistant
SC CLC
Federal Bureau of Prisons

```
  EDGJY          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      04-09-2018
PAGE 001 OF                                                          15:33:25
      FUNCTION: L-P SCOPE: REG    EQ 53271-054    OUTPUT FORMAT: UNSAN
-------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW----------
DT RCV: FROM _____  THRU _____  DT STS: FROM _____  THRU _____
DT STS: FROM ____ TO ____ DAYS BEFORE "OR" FROM ____ TO ____ DAYS AFTER DT RDU
DT TDU: FROM ____ TO ____ DAYS BEFORE "OR" FROM ____ TO ____ DAYS AFTER DT TRT
STS/REAS: _____ _____ _____ ____ _____ _____ _____ _____ _____ _____ _____
SUBJECTS: _____ _____ _____ ____ _____ _____ _____ _____ _____ _____ _____
EXTENDED: _ REMEDY LEVEL: _ _           RECEIPT: _ _ _ "OR" EXTENSION: _ _ _
RCV  OFC : EQ ____
TRACK:  DEPT: _____  ____      ____      ____      ____      ____
       PERSON: ___      ____      ____      ____      ____      ____
         TYPE: ___      ____      ____      ____      ____      ____
EVNT FACL: EQ ____      ____      ____      ____      ____      ____
RCV FACL.: EQ ____      ____      ____      ____      ____      ____
RCV UN/LC: EQ _____ _____ _____ _____ _____ _____
RCV QTR..: EQ _____ _____ _____ _____ _____ _____
ORIG FACL: EQ ____      ____      ____      ____      ____      ____
ORG UN/LC: EQ _____ _____ _____ _____ _____ _____
ORIG QTR.: EQ _____ _____ _____ _____ _____ _____
```

```
G0002       MORE PAGES TO FOLLOW . . .
```



EXHIBIT #3
Attachment A

```
EDGJY              *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      04-09-2018
PAGE 002 OF   *              UNSANITIZED FORMAT              *      15:33:25


REMEDY-ID      REG       NAME                    ORIG UNIT OR LOC/QTRS/FACL
               STATUS-DATE    STATUS    DATE-RCV   RCV-OFC  RCV-FACL  EVNT-FACL
               SUBJ1/SUBJ2 --------------------ABSTRACT------------------------

 458267-R1     53271-054  OZSUSAMLAR, O            B          Z06-901LDS BRO
               07-05-2007     REJ     06-25-2007   NER      BRO       ALP
               20DM/     APPEALS 05-31-07 DHO HEARING, CODE 203

 458267-R2     53271-054  OZSUSAMLAR, O            B          Z06-901LDS BRO
               08-22-2007     REJ     08-09-2007   NER      BRO       ALP
               20DM/     APPEALS 05-31-07 DHO HEARING, CODE 203

 458267-R3     53271-054  OZSUSAMLAR, O            B          Z06-901LDS BRO
               10-01-2007     REJ     09-24-2007   NER      BRO       ALP
               20DM/     APPEALS 05-31-07 DHO HEARING, CODE 203

 458267-R4     53271-054  OZSUSAMLAR, O            B          Z06-901LDS BRO
               12-05-2007     CLD     11-05-2007   NER      BRO       ALP
               20DM/     APPEALS 05-31-07 DHO HEARING, CODE 203

 500873-F1     53271-054  OZSUSAMLAR, O            D          D01-107L  FLM
               07-18-2008     CLO     07-01-2008   FLM      FLM       FLM
               16ZM/     COMPLAINING OF LEGAL AND SOCIAL MAIL NOT MAIL OR REC

 506273-F1     53271-054  OZSUSAMLAR, O            D          D01-101L  FLM
               09-08-2008     CLO     08-12-2008   FLM      FLM       FLM
               33EM/     WANTS LEGAL CALL TO TURKISH EMBASSY

 500873-R1     53271-054  OZSUSAMLAR, O            D          D01-107L  FLM
               09-12-2008     CLO     08-25-2008   NCR      FLM       FLM
               16ZM/     COMPLAINING OF LEGAL AND SOCIAL MAIL NOT MAIL OR REC

 506273-R1     53271-054  OZSUSAMLAR, O            D          D01-101L  FLM
               10-10-2008     CLD     09-25-2008   NCR      FLM       FLM
               33EM/     WANTS LEGAL CALL TO TURKISH EMBASSY

 500873-A1     53271-054  OZSUSAMLAR, O            D          D01-107L  FLM
               10-16-2008     REJ     10-08-2008   BOP      FLM       FLM
               16ZM/     COMPLAINING OF LEGAL AND SOCIAL MAIL NOT MAIL OR REC

 500873-A2     53271-054  OZSUSAMLAR, O            D          D01-107L  FLM
               02-24-2009     CLO     11-19-2008   BOP      FLM       FLM
               16ZM/     COMPLAINING OF LEGAL AND SOCIAL MAIL NOT MAIL OR REC

 506273-A1     53271-054  OZSUSAMLAR, O            D          D01-101L  FLM
               03-13-2009     CLO     11-19-2008   BOP      FLM       FLM
               33EM/     WANTS CALL TO TURKISH EMBASSY AND LEGAL CALL



 G0002     MORE PAGES TO FOLLOW . . .
```

```
EDGJY           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      04-09-2018
PAGE 003 OF    *              UNSANITIZED FORMAT           *      15:33:25

REMEDY-ID     REG       NAME                  ORIG UNIT OR LOC/QTRS/FACL
              STATUS-DATE     STATUS    DATE-RCV   RCV-OFC  RCV-FACL  EVNT-FACL
              SUBJ1/SUBJ2 -------------------ABSTRACT-------------------------

524825-F1     53271-054  OZSUSAMLAR, O          D         D01-105L   FLM
              02-20-2009      CLD     01-21-2009    FLM      FLM       FLM
              16BM/     REQEUSTS TO CORRESPOND WITH FATHER

524825-R1     53271-054  OZSUSAMLAR, O          D         D01-105L   FLM
              04-30-2009      CLD     03-23-2009    NCR      FLM       FLM
              16BM/     REQEUSTS TO CORRESPOND WITH FATHER

538853-F1     53271-054  OZSUSAMLAR, O          D         D01-104L   FLM
              05-14-2009      REJ     05-12-2009    FLM      FLM       FLM
              17ZM/     REQUESTS COMMUNICATION WITH FBI AND SIS

524825-A1     53271-054  OZSUSAMLAR, O          D         D01-105L   FLM
              06-26-2009      REJ     06-09-2009    BOP      FLM       FLM
              16BM/     REQEUSTS TO CORRESPOND WITH FATHER

538853-R1     53271-054  OZSUSAMLAR, O          D         D01-104L   FLM
              06-15-2009      REJ     06-15-2009    NCR      FLM       FLM
              17ZM/     REQUESTS COMMUNICATION WITH FBI AND SIS

538853-A1     53271-054  OZSUSAMLAR, O          D         D01-104L   FLM
              07-31-2009      REJ     07-08-2009    BOP      FLM       FLM
              17ZM/     REQUESTS COMMUNICATION WITH FBI AND SIS

550431-F1     53271-054  OZSUSAMLAR, O          D         D01-103L   FLM
              08-05-2009      REJ     08-05-2009    FLM      FLM       FLM
              17LM/25FM CLAIMS COMMISSARY AND PHONE RESTRICTION-VIOLATION

538853-A2     53271-054  OZSUSAMLAR, O          D         D01-104L   FLM
              10-02-2009      REJ     08-25-2009    BOP      FLM       FLM
              17ZM/     REQUESTS COMMUNICATION WITH FBI AND SIS

550431-R1     53271-054  OZSUSAMLAR, O          D         D01-103L   FLM
              09-02-2009      REJ     09-02-2009    NCR      FLM       FLM
              17LM/25FM CLAIMS COMMISSARY AND PHONE RESTRICTION-VIOLATION

550431-A1     53271-054  OZSUSAMLAR, O          D         D01-103L   FLM
              11-19-2009      REJ     10-01-2009    BOP      FLM       FLM
              17LM/25FM CLAIMS COMMISSARY AND PHONE RESTRICTION-VIOLATION

569014-A1     53271-054  OZSUSAMLAR, O          J         J02-212L   FLM
              12-15-2009      REJ     10-26-2009    BOP      FLM       FLM
              13ZM/     CHALLENGES CONTINUED PLACEMENT IN ADX GEN POP



G0002      MORE PAGES TO FOLLOW . . .
```

```
EDGJY           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      04-09-2018
PAGE 004 OF     *            UNSANITIZED FORMAT             *      15:33:25


REMEDY-ID     REG        NAME                    ORIG UNIT OR LOC/QTRS/FACL
              STATUS-DATE      STATUS    DATE-RCV   RCV-OFC  RCV-FACL  EVNT-FACL
              SUBJ1/SUBJ2 -------------------ABSTRACT-------------------------


   568241-F1  53271-054  OZSUSAMLAR, O             J         J02-212L   FLM
              01-13-2010      CLD       12-09-2009   FLM      FLM       FLM
              17ZM/    STATES DID NOT REQUEST SOCIAL PHONE CALL ON 11/20/09


   568896-F1  53271-054  OZSUSAMLAR, O             J         J02-212L   FLM
              12-14-2009      REJ       12-14-2009   FLM      FLM       FLM
              25BM/12DM  MULTIPLE COMPLAINTS-IM PAY, WORK ASSIGN, LGL CALL


   569014-A2  53271-054  OZSUSAMLAR, O             J         J02-212L   FLM
              05-10-2010      CLD       01-07-2010   BOP      FLM       FLM
              13ZM/    CHALLENGES CONTINUED PLACEMENT IN ADX GEN POP


   572813-F1  53271-054  OZSUSAMLAR, O             J         J02-212L   FLM
              01-13-2010      REJ       01-13-2010   FLM      FLM       FLM
              20DM/    CONTESTS DHO PROCEEDING


   573734-F1  53271-054  OZSUSAMLAR, O             J         J02-212L   FLM
              01-29-2010      CLO       01-21-2010   FLM      FLM       FLM
              16BM/    CONTESTS REJECTED CORRESPONDENCE


   572813-R1  53271-054  OZSUSAMLAR, O             J         J02-212L   FLM
              01-27-2010      REJ       01-25-2010   NER      FLM       FLM
              20DM/    CONTESTS DHO PROCEEDING


   568241-R1  53271-054  OZSUSAMLAR, O             J         J02-212L   FLM
              02-09-2010      CLD       01-25-2010   NCR      FLM       FLM
              17ZM/    STATES DID NOT REQUEST SOCIAL PHONE CALL ON 11/20/09


   576272-F1  53271-054  OZSUSAMLAR, O             J         J02-212L   FLM
              02-25-2010      CLO       02-09-2010   FLM      FLM       FLM
              17ZM/    CONTESTS PHONE RESTRICTIONS FROM SIS DEPT


   572813-R2  53271-054  OZSUSAMLAR, O             J         J02-212L   FLM
              02-11-2010      REJ       02-11-2010   NCR      FLM       FLM
              20DM/    CONTESTS DHO PROCEEDING


   576740-F1  53271-054  OZSUSAMLAR, O             J         J02-212L   FLM
              04-27-2010      CLO       02-12-2010   FLM      FLM       FLM
              17ZM/    RQTS PHONES RESTRICTIONS LIFTED-PHONE MONITORING


   573734-R1  53271-054  OZSUSAMLAR, O             J         J02-212L   FLM
              03-02-2010      CLO       02-16-2010   NCR      FLM       FLM
              16BM/    CONTESTS REJECTED CORRESPONDENCE




   G0002      MORE PAGES TO FOLLOW . . .
```

```
  EDGJY              *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *        04-09-2018
  PAGE 005 OF    *                UNSANITIZED FORMAT              *        15:33:25


  REMEDY-ID      REG       NAME                      ORIG UNIT OR LOC/QTRS/FACL
                 STATUS-DATE      STATUS    DATE-RCV  RCV-OFC  RCV-FACL  EVNT-FACL
                 SUBJ1/SUBJ2 -------------------ABSTRACT--------------------------


  568241-A1      53271-054  OZSUSAMLAR, O             J         J02-212L    FLM
                 07-12-2010      CLD      03-01-2010    BOP       FLM        FLM
                 17ZM/     STATES DID NOT REQUEST SOCIAL PHONE CALL ON 11/20/09


  572813-A1      53271-054  OZSUSAMLAR, O             J         J02-212L    FLM
                 04-06-2010      REJ      03-09-2010    BOP       FLM        FLM
                 20DM/     CONTESTS DHO PROCEEDING


  576740-R1      53271-054  OZSUSAMLAR, O             J         J02-212L    FLM
                 04-08-2010      CLO      03-10-2010    NCR       FLM        FLM
                 17ZM/     RQTS PHONES RESTRICTIONS LIFTED-PHONE MONITORING


  576272-R1      53271-054  OZSUSAMLAR, O             J         J02-212L    FLM
                 04-13-2010      CLO      03-10-2010    NCR       FLM        FLM
                 17ZM/     CONTESTS PHONE RESTRICTIONS FROM SIS DEPT


  573734-A1      53271-054  OZSUSAMLAR, O             J         J02-212L    FLM
                 08-10-2010      CLD      03-16-2010    BOP       FLM        FLM
                 16BM/     CONTESTS REJECTED CORRESPONDENCE


  587038-F1      53271-054  OZSUSAMLAR, O             K         K04-215L    FLM
                 05-03-2010      CLO      04-23-2010    FLM       FLM        FLM
                 17AM/     CMPLNS PHONE NUMBERS NOT APPROVED


  587722-F1      53271-054  OZSUSAMLAR, O             K         K04-215L    FLM
                 05-20-2010      CLO      04-29-2010    FLM       FLM        FLM
                 34CM/     CLMS DISCRIMINATION BASED ON RACE & RELIGION


  576272-A1      53271-054  OZSUSAMLAR, O             J         J02-212L    FLM
                 10-14-2010      CLO      05-06-2010    BOP       FLM        FLM
                 17ZM/     CONTESTS PHONE RESTRICTIONS FROM SIS DEPT


  576740-A1      53271-054  OZSUSAMLAR, O             J         J02-212L    FLM
                 10-26-2010      CLO      05-07-2010    BOP       FLM        FLM
                 17ZM/     RQTS PHONES RESTRICTIONS LIFTED-PHONE MONITORING


  592385-R1      53271-054  OZSUSAMLAR, O             K         K04-215L    FLM
                 05-25-2010      REJ      05-25-2010    NCR       FLM        FLM
                 16AM/     REJECTION OF INCOMING PUBLICATION


  587722-R1      53271-054  OZSUSAMLAR, O             K         K04-215L    FLM
                 06-21-2010      CLO      06-07-2010    NCR       FLM        FLM
                 34CM/     CLMS DISCRIMINATION BASED ON RACE & RELIGION



  G0002      MORE PAGES TO FOLLOW . . .
```

```
  EDGJY          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      04-09-2018
  PAGE 006 OF     *              UNSANITIZED FORMAT           *      15:33:25

REMEDY-ID       REG        NAME                     ORIG UNIT OR LOC/QTRS/FACL
                STATUS-DATE       STATUS    DATE-RCV  RCV-OFC  RCV-FACL  EVNT-FACL
                SUBJ1/SUBJ2 -------------------ABSTRACT------------------------

587038-R1      53271-054   OZSUSAMLAR, O                K         K04-215L   FLM
               07-16-2010        CLD     06-21-2010     NCR      FLM        FLM
               17AM/   CMPLNS PHONE NUMBERS NOT APPROVED

597032-R1      53271-054   OZSUSAMLAR, O                K         K04-215L   FLM
               07-02-2010        REJ     07-02-2010     NCR      FLM        FLM
               34CM/   CLMS DISCRIMINATION BASED ON RACE & RELIGION

599375-F1      53271-054   OZSUSAMLAR, O                K         K04-215L   FLM
               07-28-2010        CLD     07-21-2010     FLM      FLM        FLM
               16BM/   WANTS CORRESPONDENCE PRIV WITH INCARCERATED FATHER

599375-R1      53271-054   OZSUSAMLAR, O                K         K04-215L   FLM
               08-25-2010        CLO     08-16-2010     NCR      FLM        FLM
               16BM/   WANTS CORRESPONDENCE PRIV WITH INCARCERATED FATHER

587038-A1      53271-054   OZSUSAMLAR, O                K         K04-215L   FLM
               01-25-2011        CLD     08-20-2010     BOP      FLM        FLM
               17AM/   CMPLNS PHONE NUMBERS NOT APPROVED

587722-A1      53271-054   OZSUSAMLAR, O                K         K04-215L   FLM
               01-20-2011        CLD     08-20-2010     BOP      FLM        FLM
               34CM/   CLMS DISCRIMINATION BASED ON RACE & RELIGION

599375-A1      53271-054   OZSUSAMLAR, O                K         K04-215L   FLM
               02-09-2011        CLD     09-24-2010     BOP      FLM        FLM
               16BM/   WANTS CORRESPONDENCE PRIV WITH INCARCERATED FATHER

617069-F1      53271-054   OZSUSAMLAR, O                D/B       D07-204L   FLP
               03-11-2011        CLO     12-01-2010     FLP      FLP        FLP
               33GM/   WANTS LEGAL MATERIAL RETURNED FROM ADX

619271-F1      53271-054   OZSUSAMLAR, O                D/B       D06-128L   FLP
               01-15-2011        CLD     12-20-2010     FLP      FLP        FLP
               26AM/   DENIED ACCESS TO MEDICAL CARE

621587-R1      53271-054   OZSUSAMLAR, O                D/B       D06-128L   FLP
               12-30-2010        REJ     12-30-2010     NCR      FLP        FLP
               34ZM/   OTHER COMPLAINTS AGAINST STAFF

621848-F1      53271-054   OZSUSAMLAR, O                D/B       D06-128L   FLP
               04-20-2011        CLO     01-10-2011     FLP      FLP        FLP
               13DM/   REQUEST REMOVE TERRORIST/GANG MEMBER/DRUG PIN CARTEL


  G0002      MORE PAGES TO FOLLOW . . .
```

```
  EDGJY           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      04-09-2018
  PAGE 007 OF     *               UNSANITIZED FORMAT            *      15:33:25


REMEDY-ID      REG       NAME                    ORIG UNIT OR LOC/QTRS/FACL
               STATUS-DATE     STATUS    DATE-RCV   RCV-OFC  RCV-FACL  EVNT-FACL
               SUBJ1/SUBJ2 -------------------ABSTRACT-------------------------


624505-F1      53271-054  OZSUSAMLAR, O            D/B        D06-128L   FLP
               09-27-2011      CLO      01-31-2011    FLP      FLP       FLP
               16EM/     COMPLAINTS ABOUT RESTRICTION ON MAIL


619271-R1      53271-054  OZSUSAMLAR, O            D/B        D06-128L   FLP
               03-02-2011      CLO      02-03-2011    NCR      FLP       FLP
               26AM/     DENIED ACCESS TO MEDICAL CARE


621587-A1      53271-054  OZSUSAMLAR, O            D/B        D06-128L   FLP
               04-29-2011      REJ      03-30-2011    BOP      FLP       FLP
               34ZM/     OTHER COMPLAINTS AGAINST STAFF


621848-R1      53271-054  OZSUSAMLAR, O            D/B        D06-128L   FLP
               05-13-2011      REJ      05-13-2011    NCR      FLP       FLP
               13DM/     REQUEST REMOVE TERRORIST/GANG MEMBER/DRUG PIN CARTEL


621848-A1      53271-054  OZSUSAMLAR, O            D/B        D06-128L   FLP
               06-29-2011      REJ      06-07-2011    BOP      FLP       FLP
               13DM/     REQUEST REMOVE TERRORIST/GANG MEMBER/DRUG PIN CARTEL


643118-F1      53271-054  OZSUSAMLAR, O            D/B        D06-122U   FLP
               06-29-2011      CLO      06-10-2011    FLP      FLP       FLP
               13DM/     REQUESTING TO BE REMOVED FROM SAMS ASSIGN.


645828-F1      53271-054  OZSUSAMLAR, O            D/B        D06-122U   FLP
               08-10-2011      CLO      06-30-2011    FLP      FLP       FLP
               13ZM/10ZM  REQUEST TERRORIST REMOVED/TRANSFER


621848-R2      53271-054  OZSUSAMLAR, O            D/B        D06-128L   FLP
               08-08-2011      CLO      07-18-2011    NCR      FLP       FLP
               13DM/     REQUEST REMOVE TERRORIST/GANG MEMBER/DRUG PIN CARTEL


643118-R1      53271-054  OZSUSAMLAR, O            D/B        D06-122U   FLP
               08-08-2011      CLO      07-28-2011    NCR      FLP       FLP
               13DM/     REQUESTING TO BE REMOVED FROM SAMS ASSIGN.


651242-F1      53271-054  OZSUSAMLAR, O            D/B        D06-126L   FLP
               10-04-2011      CLD      08-09-2011    FLP      FLP       FLP
               16EM/16ZM  REQUESTING RETURN OF LEGAL MAIL


645828-R1      53271-054  OZSUSAMLAR, O            D/B        D06-122U   FLP
               09-30-2011      CLO      08-25-2011    NCR      FLP       FLP
               13ZM/10ZM  REQUEST TERRORIST REMOVED/TRANSFER




  G0002       MORE PAGES TO FOLLOW . . .
```

```
  EDGJY         *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      04-09-2018
PAGE 008 OF     *            UNSANITIZED FORMAT            *        15:33:25


REMEDY-ID     REG        NAME                    ORIG UNIT OR LOC/QTRS/FACL
              STATUS-DATE      STATUS     DATE-RCV   RCV-OFC  RCV-FACL  EVNT-FACL
              SUBJ1/SUBJ2 --------------------ABSTRACT-------------------------


655682-F1     53271-054  OZSUSAMLAR, O          D/B       D06-126L   FLP
              09-09-2011      REJ     09-09-2011    FLP     FLP      FLP
              34AM/23CM  COMPLAINTS ABOUT STAFF/CELL SEARCH


655709-F1     53271-054  OZSUSAMLAR, O          D/B       D06-126L   FLP
              10-04-2011      CLG     09-09-2011    FLP     FLP      FLP
              16BM/16ZM  CERTIFIED MAIL/CONFISCATION


658991-F1     53271-054  OZSUSAMLAR, O          D/B       D06-126L   FLP
              10-20-2011      CLD     10-04-2011    FLP     FLP      FLP
              12EM/34CM  PERFORMANCE PAY GRADE PROMOTION, DISCRIMINATION


643118-A1     53271-054  OZSUSAMLAR, O          D/B       D06-122U   FLP
              06-08-2012      CLO     10-07-2011    BOP     FLP      FLP
              13DM/      REQUESTING TO BE REMOVED FROM SAMS ASSIGN.


621848-A2     53271-054  OZSUSAMLAR, O          D/B       D06-128L   FLP
              06-15-2012      CLO     10-07-2011    BOP     FLP      FLP
              13DM/      REQUEST REMOVE TERRORIST/GANG MEMBER/DRUG PIN CARTEL


624505-R1     53271-054  OZSUSAMLAR, O          D/B       D06-128L   FLP
              11-02-2011      CLO     10-11-2011    NCR     FLP      FLP
              16EM/      COMPLAINTS ABOUT RESTRICTION ON MAIL


651242-R1     53271-054  OZSUSAMLAR, O          D/B       D06-126L   FLP
              11-15-2011      CLO     10-17-2011    NCR     FLP      FLP
              16EM/16ZM  REQUESTING RETURN OF LEGAL MAIL


655709-R1     53271-054  OZSUSAMLAR, O          D/B       D06-126L   FLP
              11-15-2011      CLO     10-17-2011    NCR     FLP      FLP
              16BM/16ZM  CERTIFIED MAIL/CONFISCATION


661937-R1     53271-054  OZSUSAMLAR, O          D/B       D06-126L   FLP
              10-24-2011      REJ     10-24-2011    NCR     FLP      FLP
              11BM/      WANTS GED FROM HIS COUNTRY ACCEPTED


655682-F2     53271-054  OZSUSAMLAR, O          D/B       D06-126L   FLP
              10-27-2011      REJ     10-27-2011    FLP     FLP      FLP
              34AM/23CM  COMPLAINTS ABOUT STAFF/CELL SEARCH


645828-A1     53271-054  OZSUSAMLAR, O          D/B       D06-122U   FLP
              11-15-2011      REJ     11-07-2011    BOP     FLP      FLP
              13ZM/10ZM  REQUEST TERRORIST REMOVED/TRANSFER




  G0002       MORE PAGES TO FOLLOW . . .
```

```
   EDGJY           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      04-09-2018
   PAGE 009 OF     *             UNSANITIZED FORMAT              *      15:33:25


 REMEDY-ID      REG        NAME                   ORIG UNIT OR LOC/QTRS/FACL
               STATUS-DATE      STATUS    DATE-RCV   RCV-OFC  RCV-FACL  EVNT-FACL
               SUBJ1/SUBJ2 --------------------ABSTRACT-------------------------


 665350-F1     53271-054  OZSUSAMLAR, O           D/B        D06-126L   FLP
               12-15-2011      CLD      11-15-2011   FLP      FLP       FLP
               16ZM/      COMPLAINTS ABOUT MAIL RESTRICTIONS


 658991-R1     53271-054  OZSUSAMLAR, O           D/B        D06-126L   FLP
               11-17-2011      REJ      11-17-2011   NCR      VIP       FLP
               12EM/34CM  PERFORMANCE PAY GRADE PROMOTION, DISCRIMINATION


 655682-R1     53271-054  OZSUSAMLAR, O           D/B        D06-126L   FLP
               11-17-2011      REJ      11-17-2011   NCR      VIP       FLP
               34AM/23CM  COMPLAINTS ABOUT STAFF/CELL SEARCH


 661937-A1     53271-054  OZSUSAMLAR, O           D/B        D06-126L   FLP
               11-29-2011      REJ      11-21-2011   BOP      VIP       FLP
               11BM/      WANTS GED FROM HIS COUNTRY ACCEPTED


 665350-R1     53271-054  OZSUSAMLAR, O           D/B        D06-126L   FLP
               04-18-2012      CLO      03-01-2012   WXR      ATW       ATW
               16ZM/      COMPLAINTS ABOUT MAIL RESTRICTIONS


 682102-F1     53271-054  OZSUSAMLAR, O           4B         D45-112L   ATW
               05-04-2012      CLO      03-29-2012   ATW      ATW       ATW
               16ZM/      WANTS ALL MAIL TO BE LIKE GP I/M'S. NO RESTRCTNS


 682102-R1     53271-054  OZSUSAMLAR, O           4B         D45-112L   ATW
               06-11-2012      CLD      05-17-2012   WXR      ATW       ATW
               16ZM/      WANTS ALL MAIL TO BE LIKE GP I/M'S. NO RESTRCTNS


 665350-A1     53271-054  OZSUSAMLAR, O           D/B        D06-126L   FLP
               06-05-2012      VOD      05-21-2012   BOP      ATW       ATW
               16ZM/      COMPLAINTS ABOUT MAIL RESTRICTIONS


 665350-A2     53271-054  OZSUSAMLAR, O           D/B        D06-126L   FLP
               03-12-2013      CLO      05-21-2012   BOP      ATW       ATW
               16ZM/      COMPLAINTS ABOUT MAIL RESTRICTIONS


 689736-F1     53271-054  OZSUSAMLAR, O           4B         D45-112L   ATW
               05-23-2012      REJ      05-23-2012   ATW      ATW       ATW
               20ZM/      WANTS SHOT EXPUNGED FROM YEAR 2007


 691175-F1     53271-054  OZSUSAMLAR, O           4B         D45-112L   ATW
               06-13-2012      CLD      06-04-2012   ATW      ATW       ATW
               12EM/      REQUESTING PAY BE ADJUSTED/FIXED



   G0002       MORE PAGES TO FOLLOW . . .
```

```
   EDGJY          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *        04-09-2018
   PAGE 010 OF      *             UNSANITIZED FORMAT              *      15:33:25

   REMEDY-ID      REG      NAME                         ORIG UNIT OR LOC/QTRS/FACL
                  STATUS-DATE     STATUS    DATE-RCV    RCV-OFC  RCV-FACL  EVNT-FACL
                  SUBJ1/SUBJ2 -------------------ABSTRACT-------------------------

   689736-R1      53271-054  OZSUSAMLAR, O               4B          D45-112L   ATW
                  06-04-2012     REJ       06-04-2012    WXR      ATW       ATW
                  20ZM/      WANTS SHOT EXPUNGED FROM YEAR 2007

   682102-A1      53271-054  OZSUSAMLAR, O               4B          D45-112L   ATW
                  05-07-2013     CLD       06-25-2012    BOP      ATW       ATW
                  16ZM/      WANTS ALL MAIL TO BE LIKE GP I/M'S. NO RESTRCTNS

   689736-A1      53271-054  OZSUSAMLAR, O               4B          D45-112L   ATW
                  07-17-2012     REJ       06-25-2012    BOP      ATW       ATW
                  20ZM/      WANTS SHOT EXPUNGED FROM YEAR 2007

   691175-R1      53271-054  OZSUSAMLAR, O               4B          D45-112L   ATW
                  07-18-2012     CLD       07-02-2012    WXR      ATW       ATW
                  12EM/      REQUESTING PAY BE ADJUSTED/FIXED

   691175-A1      53271-054  OZSUSAMLAR, O               4B          D45-112L   ATW
                  06-14-2013     CLD       08-09-2012    BOP      ATW       ATW
                  12EM/      REQUESTING PAY BE ADJUSTED/FIXED

   702420-F1      53271-054  OZSUSAMLAR, O               4B          D48-218L   ATW
                  08-27-2012     REJ       08-27-2012    ATW      ATW       ATW
                  20ZM/      WARDEN REVIEW OF I/R DATED MAY 9, 2007

   689736-A2      53271-054  OZSUSAMLAR, O               4B          D45-112L   ATW
                  10-24-2012     REJ       09-17-2012    BOP      ATW       ATW
                  20ZM/      WANTS SHOT EXPUNGED FROM YEAR 2007

   713430-F1      53271-054  OZSUSAMLAR, O               4B          D48-230L   ATW
                  02-22-2013     CLD       11-26-2012    ATW      ATW       ATW
                  13BM/      WANTS CUSTODY LEVEL CORRECTED

   715239-F1      53271-054  OZSUSAMLAR, O               4B          D48-230L   ATW
                  02-22-2013     CLO       12-11-2012    ATW      ATW       ATW
                  25ZM/      REQUESTS COPY OF ISSUE IN THE CRIMINAL LAW REPORTER

   689736-R2      53271-054  OZSUSAMLAR, O               4B          D45-112L   ATW
                  12-16-2012     REJ       12-16-2012    WXR      ATW       ATW
                  20ZM/      WANTS SHOT EXPUNGED FROM YEAR 2007

   725295-F1      53271-054  OZSUSAMLAR, O               6B          F65-110U   ATW
                  03-07-2013     REJ       02-25-2013    ATW      ATW       ATW
                  13BM/      WNTS CUSTODY PNTS RECALCULATED


   G0002      MORE PAGES TO FOLLOW . . .
```

```
EDGJY          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      04-09-2018
PAGE 011 OF    *              UNSANITIZED FORMAT               *      15:33:25


REMEDY-ID      REG      NAME                     ORIG UNIT OR LOC/QTRS/FACL
               STATUS-DATE      STATUS    DATE-RCV   RCV-OFC  RCV-FACL EVNT-FACL
               SUBJ1/SUBJ2 --------------------ABSTRACT-------------------------

689736-A3      53271-054  OZSUSAMLAR, O              4B       D45-112L  ATW
               03-07-2013       REJ      03-04-2013   BOP      ATW      ATW
               20ZM/       WANTS SHOT EXPUNGED FROM YEAR 2007

713430-R1      53271-054  OZSUSAMLAR, O              4B       D48-230L  ATW
               03-11-2013       REJ      03-11-2013   WXR      ATW      ATW
               13BM/       WANTS CUSTODY LEVEL CORRECTED

715239-R1      53271-054  OZSUSAMLAR, O              4B       D48-230L  ATW
               04-19-2013       CLD      03-13-2013   WXR      ATW      ATW
               25ZM/       REQUESTS COPY OF ISSUE IN THE CRIMINAL LAW REPORTER

713430-R2      53271-054  OZSUSAMLAR, O              4B       D48-230L  ATW
               04-23-2013       CLO      03-27-2013   WXR      ATW      ATW
               13BM/       WANTS CUSTODY LEVEL CORRECTED

729283-F1      53271-054  OZSUSAMLAR, O              6B       F66-130U  ATW
               04-26-2013       REJ      04-06-2013   ATW      ATW      ATW
               13ZM/       CONTESTING CUST CLASS, PSF, MGTV, MAX CUS

729283-F2      53271-054  OZSUSAMLAR, O              6B       F66-130U  ATW
               04-26-2013       REJ      04-26-2013   ATW      ATW      ATW
               13ZM/       CONTESTING CUST CLASS, PSF, MGTV, MAX CUS

729283-F3      53271-054  OZSUSAMLAR, O              6B       F66-130U  ATW
               02-24-2015       CLO      04-26-2013   ATW      ATW      ATW
               13ZM/       CONTESTING CUST CLASS, PSF, MGTV, MAX CUS

715239-A1      53271-054  OZSUSAMLAR, O              4B       D48-230L  ATW
               03-23-2015       CLO      05-20-2013   BOP      ATW      ATW
               25ZM/       REQUESTS COPY OF ISSUE IN THE CRIMINAL LAW REPORTER

713430-A1      53271-054  OZSUSAMLAR, O              4B       D48-230L  ATW
               06-17-2013       REJ      06-11-2013   BOP      ATW      ATW
               13BM/       WANTS CUSTODY LEVEL CORRECTED

713430-A2      53271-054  OZSUSAMLAR, O              4B       D48-230L  ATW
               10-22-2013       CLO      07-09-2013   BOP      ATW      ATW
               13BM/       WANTS CUSTODY LEVEL CORRECTED

763199-F1      53271-054  OZSUSAMLAR, O           UNIT B2     B04-219L  MCD
               01-15-2014       CLO      12-31-2013   MCD      MCD      MCD
               25DM/       DID NOT GET ALL OF HIS PERSONAL PROP



G0002       MORE PAGES TO FOLLOW . . .
```

```
  EDGJY          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *       04-09-2018
PAGE 012 OF        *              UNSANITIZED FORMAT            *       15:33:25


REMEDY-ID      REG       NAME                       ORIG UNIT OR LOC/QTRS/FACL
               STATUS-DATE      STATUS    DATE-RCV   RCV-OFC  RCV-FACL EVNT-FACL
               SUBJ1/SUBJ2 -------------------ABSTRACT--------------------------

766577-F1      53271-054  OZSUSAMLAR, O             UNIT B2   B04-219L   MCD
               02-18-2014      CLD      01-28-2014   MCD      MCD        MCD
               16BM/      REQ. TO CORRESPOND WITH HIS FATHER IN ANOTHER FCI

763199-R1      53271-054  OZSUSAMLAR, O             UNIT B2   B04-219L   MCD
               02-18-2014      CLO      02-03-2014   MXR      MCD        MCD
               25DM/      DID NOT GET ALL OF HIS PERSONAL PROP

766577-R1      53271-054  OZSUSAMLAR, O             UNIT B2   B04-219L   MCD
               03-14-2014      CLD      02-28-2014   MXR      MCD        MCD
               16BM/      REQ. TO CORRESPOND WITH HIS FATHER IN ANOTHER FCI

763199-A1      53271-054  OZSUSAMLAR, O             UNIT B2   B04-219L   MCD
               09-16-2015      CLO      03-05-2014   BOP      MCD        MCD
               25DM/      DID NOT GET ALL OF HIS PERSONAL PROP

766577-A1      53271-054  OZSUSAMLAR, O             UNIT B2   B04-219L   MCD
               07-22-2015      CLD      04-23-2014   BOP      MCD        MCD
               16BM/      REQ. TO CORRESPOND WITH HIS FATHER IN ANOTHER FCI

787252-F1      53271-054  OZSUSAMLAR, O             UNIT B2   Z03-138LAD MCD
               07-21-2014      REJ      07-18-2014   MCD      MCD        MCD
               25ZS/      REQ.SPEC.PURCHASE FOR FOOD/WATCH FROM COMMISSARY

794875-F1      53271-054  OZSUSAMLAR, O             WHITLEY A W01-104L   MAN
               10-27-2014      CLO      09-18-2014   MAN      MAN        MAN
               26AM/      REQ SOFT SHOE PASS OR SEE A SPECIALIST PODIESTRIST

798042-F1      53271-054  OZSUSAMLAR, O             WHITLEY A W01-104L   MAN
               11-07-2014      CLD      10-14-2014   MAN      MAN        MAN
               15BM/34AM  REQ PHONE CALL & INVESTIGATION WITH OIG/BOP

798510-R1      53271-054  OZSUSAMLAR, O             WHITLEY A W01-104L   MAN
               10-21-2014      REJ      10-21-2014   MXR      MAN        MAN
               34ZM/      OTHER COMPLAINTS AGAINST STAFF

801542-F1      53271-054  OZSUSAMLAR, O             WHITLEY A W01-104L   MAN
               11-26-2014      CLD      11-17-2014   MAN      MAN        MAN
               12ZM/      REQ FAC CLERK JOB BACK;REQ INVESTIGATION OIG/ACA/BOP

798042-R1      53271-054  OZSUSAMLAR, O             WHITLEY A W01-104L   MAN
               12-19-2014      CLO      11-20-2014   MXR      MAN        MAN
               15BM/34AM  REQ PHONE CALL & INVESTIGATION WITH OIG/BOP




  G0002        MORE PAGES TO FOLLOW . . .
```

```
 EDGJY          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      04-09-2018
 PAGE 013 OF    *              UNSANITIZED FORMAT            *      15:33:25

REMEDY-ID      REG       NAME                     ORIG UNIT OR LOC/QTRS/FACL
               STATUS-DATE      STATUS    DATE-RCV   RCV-OFC  RCV-FACL EVNT-FACL
               SUBJ1/SUBJ2 -------------------ABSTRACT------------------------

794875-R1      53271-054  OZSUSAMLAR, O           WHITLEY A  W01-104L   MAN
               12-23-2014      CLD      11-20-2014   MXR      MAN      MAN
               26AM/     REQ SOFT SHOE PASS OR SEE A SPECIALIST PODIESTRIST

801542-R1      53271-054  OZSUSAMLAR, O           WHITLEY A  W01-104L   MAN
               01-21-2015      CLD      12-09-2014   MXR      MAN      MAN
               12ZM/     REQ FAC CLERK JOB BACK;REQ INVESTIGATION OIG/ACA/BOP

794875-R2      53271-054  OZSUSAMLAR, O           WHITLEY A  W01-104L   MAN
               01-13-2015      REJ      01-09-2015   MXR      MAN      MAN
               26AM/     REQ SOFT SHOE PASS OR SEE A SPECIALIST PODIESTRIST

798042-R2      53271-054  OZSUSAMLAR, O           WHITLEY A  W01-104L   MAN
               01-13-2015      REJ      01-09-2015   MXR      MAN      MAN
               15BM/34AM REQ PHONE CALL & INVESTIGATION WITH OIG/BOP

798042-A1      53271-054  OZSUSAMLAR, O           WHITLEY A  W01-104L   MAN
               03-25-2015      CLD      01-27-2015   BOP      MAN      MAN
               34CM/17AM ALG DENIED PHONE CALL RE DEATH DUE TO DISCRIM

794875-A1      53271-054  OZSUSAMLAR, O           WHITLEY A  W01-104L   MAN
               07-07-2016      CLD      02-03-2015   BOP      MAN      MAN
               26AM/     REQ SOFT SHOE PASS OR SEE A SPECIALIST PODIESTRIST

801542-A1      53271-054  OZSUSAMLAR, O           WHITLEY A  W01-104L   MAN
               04-06-2016      CLD      02-09-2015   BOP      MAN      MAN
               12ZM/     REQ FAC CLERK JOB BACK;REQ INVESTIGATION OIG/ACA/BOP

857927-F1      53271-054  OZSUSAMLAR, O           UNIT A     A41-112L   BEN
               04-21-2016      CLG      04-07-2016   BEN      BEN      BEN
               11GM/     I/M ISSUE WITH HIS RIGHTS, MONEY BEING OWED ETC

857927-R1      53271-054  OZSUSAMLAR, O           UNIT A     A41-112L   BEN
               07-01-2016      CLO      05-19-2016   SER      BEN      BEN
               12DM/11ZM REQ. TO RECEIVE PAY/WORK DUTIES REASSIGNED

857927-A1      53271-054  OZSUSAMLAR, O           UNIT A     A41-112L   BEN
               08-24-2016      REJ      08-10-2016   BOP      BEN      BEN
               12DM/11ZM REQ. TO RECEIVE PAY/WORK DUTIES REASSIGNED

857927-A2      53271-054  OZSUSAMLAR, O           UNIT A     A41-112L   BEN
               04-13-2017      CLD      09-12-2016   BOP      BEN      BEN
               12DM/11ZM REQ. TO RECEIVE PAY/WORK DUTIES REASSIGNED


 G0002      MORE PAGES TO FOLLOW . . .
```

```
  EDGJY              *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *        04-09-2018
  PAGE 014 OF        *           UNSANITIZED FORMAT            *           15:33:25


  REMEDY-ID     REG         NAME                       ORIG UNIT OR LOC/QTRS/FACL
                STATUS-DATE       STATUS     DATE-RCV   RCV-OFC   RCV-FACL  EVNT-FACL
                SUBJ1/SUBJ2 --------------------ABSTRACT-------------------------

  897335-F1     53271-054   OZSUSAMLAR, O              UNIT A      Z05-220LAD BEN
                04-04-2017        REJ      04-04-2017   BEN       BEN       BEN
                26EM/       I/M WANTS TO SEE A DERMOLOGIST

  899856-F1     53271-054   OZSUSAMLAR, O              UNIT A      Z05-217LAD BEN
                04-27-2017        REJ      04-27-2017   BEN       BEN       BEN
                26AM/       SEE A DOCTOR FOR HIS DERMOTOLOGIST ISSUE

  899861-F1     53271-054   OZSUSAMLAR, O
                04-27-2017        VOD      04-27-2017   BEN       BEN       BEN
                26AM/       WANTS RESOLUTION TO MEDICAL ISSUE

  897335-F2     53271-054   OZSUSAMLAR, O              UNIT A      Z05-220LAD BEN
                04-27-2017        REJ      04-27-2017   BEN       BEN       BEN
                26EM/       I/M WANTS TO SEE A DERMOLOGIST

  916735-F1     53271-054   OZSUSAMLAR, O              UNIT 2      D04-411L   WIL
                09-27-2017        REJ      09-27-2017   WIL       WIL       WIL
                34CM/       STATES STAFF AT BEN WERE DISCRIMANTORY AND HATEFUL

  918654-F1     53271-054   OZSUSAMLAR, O              UNIT 2      D04-411L   WIL
                10-17-2017        REJ      10-17-2017   WIL       WIL       WIL
                21AM/       APPEALING I/R SANCTION

  919661-F1     53271-054   OZSUSAMLAR, O              UNIT 2      D04-411L   WIL
                01-10-2018        CLO      10-26-2017   WIL       WIL       WIL
                34AM/       COMPLAINT AGAINST STAFF MEMBER-MISCONDUCT

  918654-R1     53271-054   OZSUSAMLAR, O              UNIT 2      D04-411L   WIL
                11-09-2017        REJ      10-27-2017   SER       WIL       WIL
                21AM/       APPEALING I/R SANCTION

  918654-A1     53271-054   OZSUSAMLAR, O              UNIT 2      D04-411L   WIL
                12-26-2017        REJ      12-13-2017   BOP       WIL       WIL
                21AM/       APPEALING I/R SANCTION

  919661-R1     53271-054   OZSUSAMLAR, O              UNIT 2      D04-411L   WIL
                02-28-2018        CLO      01-23-2018   SER       WIL       WIL
                16ZM/       REQ. TO RECEIVE MAIL

  929390-F1     53271-054   OZSUSAMLAR, O              UNIT 2      D04-411L   WIL
                03-06-2018        CLO      01-30-2018   WIL       WIL       WIL
                16ZM/36GM   MAIL IS NOT BEING RECEIVED/IS DELAYED; REQUESTS POST


  G0002         MORE PAGES TO FOLLOW . . .
```

```
EDGJY        *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      04-09-2018
PAGE 015 OF 015 *            UNSANITIZED FORMAT            *      15:33:25

REMEDY-ID     REG       NAME                  ORIG UNIT OR LOC/QTRS/FACL
              STATUS-DATE      STATUS    DATE-RCV   RCV-OFC  RCV-FACL  EVNT-FACL
              SUBJ1/SUBJ2 -------------------ABSTRACT------------------------

929390-R1     53271-054  OZSUSAMLAR, O          UNIT 2      D04-411L   WIL
              03-14-2018      REJ    03-13-2018    SER        WIL       WIL
              16ZM/36GM  MAIL IS NOT BEING RECEIVED/IS DELAYED; REQUESTS POST

919661-A1     53271-054  OZSUSAMLAR, O          UNIT 2      D04-411L   WIL
              03-20-2018      REJ    03-13-2018    BOP        WIL       WIL
              16ZM/     REQ. TO RECEIVE MAIL


             145 REMEDY SUBMISSION(S) SELECTED
G0000        TRANSACTION SUCCESSFULLY COMPLETED
```