BP-S288.052 ⅃    NT REPO⸱  ⸳ ⸳M
⸱MAY 1994
⸱U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

| 1. Name Of Institution: MDC Brooklyn, New York | | | |
|---|---|---|---|
| Part I - Incident Report | | | 1601577 |
| 2. Name Of Inmate<br>Ozsusamlar, Osman | 3. Register Number<br>53271-054 | 4. Date Of Incident<br>5-09-07 | 5. Time<br>Unknown |
| 6. Place Of Incident<br>Chambers of Judge Peter K.<br>Leisure USDJ/SDNY | 7. Assignment<br>**Unassigned** | 8. Unit<br>West Special Housing Unit | |
| 9. Incident :Threaten another Person | | Code: 203 | |

11. Description Of Incident (Date:5-22-07 Time:9:00AM Staff become aware of incident)

On May 22, 2007, it was determined on May 9, 2007 that inmate Ozsusamlar, Osman
Reg. No. 53271-054, made a threat to another person. Specifically, in a letter
addressed to Judge Peter K. Leisure, inmate Ozsusamlar made the following
statement in his letter, "I not write any more it not doing any good. My appeal
come back. I get honest people then. I have friends now who are going to get
information on all of you and get even for me. May 13 is coming soon." Based
on these facts inmate Ozsusamlar is being charged with Threatening Another
Person, Code 203.

| 12. Signature Of Reporting Employee | Date And Time<br>5-22-07<br>9:00AM | 13. Name And Title (Printed)<br>F. Martinez<br>SIS Lieutenant |
|---|---|---|
| 14. Incident Report Delivered To Above Inmate By<br>T. Munoz | 15. Date Incident<br>Report Delivered<br>5-22-07 | 16.time Incident<br>Report Delivered<br>2¹⁰ pm |

Part II - Committee Action

17. Comments Of Inmate To Committee Regarding Above Incident

Inmate Ozsusamlar sated my case was not going right thats
why I wrote the letter

18. A. It Is The Finding Of The Committee That You:
_____ Committed The Following Prohibited Act.

_____ Did Not Commit A Prohibited Act.

B. ✓ The Committee Is
Referring The Charge(s) To The DHO
For Further Hearing.
C. _____ The Committee Advised The
Inmate Of Its Finding And Of The
Right To File An Appeal Within 15
Calendar Days.

19. Committee Decision Is Based On The Following Information
The UDC is referring the charge to the DHO for further hearing
and sanctions unavailable on the UDC level.

20. Committee action and/or recommendation if referred to DHO (Contingent upon DHO
finding inmate committed prohibited act)
15 dep DS (D) of plad 180 dep

21. Date And Time Of Action 5/24/07 12:50pm     (The UDC Chairman's Signature Next To
His Name Certifies Who Sat On The UDC And That The Completed Report Accurately Reflects
The UDC Proceedings.)
M.A.Thor
Chairman (Typed Name/signature)       M.Reeder/M.Reeder
                                      Member (Typed Name)       Member (Typed Name)

Record Copy - Central File Record; Copy - DHO; Copy - Inmate After UDC Action; Copy -
Inmate Within 24 Hours Of Part I Preparation

FOI Exempt

EXHIBIT
#4

| Part III - Investigation | 22. Date And Time Investigation Began |
|---|---|
| | 5-22-07          2:20 P.M. |

23. Inmate Advised Of Right To Remain Silent: You Are Advised Of Your Right To Remain Silent At All Stages Of The Disciplinary Process But Are Informed That Your Silence May Be Used To Draw An Adverse Inference Against You At Any Stage Of The Institutional Disciplinary Process.  You Are Also Informed That Your Silence Alone May Not Be Used To Support A Finding That You Have Committed A Prohibited Act.

The Inmate Was Advised Of The Above Right By SOS Munoz At (Date/time) 5-22-07    2:20 P.M.

24. Inmate Statement And Attitude
On the above date and time I advised Inmate Ozsusamlar Reg# 53271-054 of his rights, and stated that he understood them. Inmate further stated  "Yes, I wrote that letter to the Judge K. Leisure because I was upset the  Judge had not give me the sentance . That why I wrote the letter"

25. Other Facts About The Incident, Statements Of Those Persons Present At Scene, Disposition Of Evidence, Etc.
Inmate Ozsusmlar Reg# 53271-054 did not request for any witnesses during this investigation, nor did he make any other statement of said incident.

26. Investigator's Comments And Conclusions
Based on the information provided in the body of this report  this investigator finds that Inmate Ozsusamlar Reg# 53271-054 did commit the prohibited act; and this report is correct as written by the reporting Officer.

27. Action Taken
Inmate is to remain in present status; this report is referred to UDC/DO for further review.

Date And Time Investigation Completed    5-22-07          2:20 P.M.

Printed Name/signature Of Investigator       S. Munoz

S. Munoz
_____Signature_____            _____Senior Officer Specialist_____
                                              Title

FOI Exempt

005