IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | |
|---|---|
| Osman Ozsusamlar | ) Civil Action N.: 1: 18-492- AMQ-SVH |
| | ) |
| Petitioner, | ) |
| Vs. | ) |
| | ) |
| B.M. Antonelli, Warden, | ) |
| | ) |
| Respondent. | ) |

### MOTION FOR APPOINTING ATTORNEY

Comes now, Osman Ozsusamlar hereinafter "Movant," acting Pro se, and respectfully submits this request for appointing me an Attorney because I am from Turkish citizen. I do not have any type of education about the law even I do not understanding. I don't have any money to hire an attorney to represent my case. Therefore,

This Honorable Court I will ask to granted me an Attorney to represent my case in order clear my name and to fixed my FBOP sentry file wrong doing act.

Respectfully submitted,

DATED: June 8, 2018

OSMAN OZSUSAMLAR
Reg. 53271-054
FCI- Pollock- POM
P. O. BOX 4050, Unit D2
Pollock, LA 71467-4050.

13

# NOTARY CERTIFICATION

I, CERTIFY THAT ALL THE ABOVE IS ALL TRUE AND CORRECT UNDER PENALTY OF PERJURY, DATED JUNE 8 , 2018 NOTARY 28 U.S.C. §1746; AND 18 U.S.C. §1621 , IN LIEU OF NOTARY , STATE OF LOUISIANA, COUNTY OF GRAND PARISH, AND CITY OF POLLOCK.

Signature: _____

OSMAN OZSUSAMLAR
Reg. 53271-054
FCI- Pollock- POM
P. O. BOX 4050, Unit D2
Pollock, LA 71467-4050

cc : File